UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-MJ-391

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JUAN MOLINA-SANCHEZ, | ) | |
| | ) | |

**THIS MATTER** is before the Court upon Defendant's Motion for Review of Detention Order (Doc. No. 7). Defendant petitions the court to review the detention order entered by a Magistrate Judge on January 10, 2012. For the reasons stated herein, Defendant's motion is DENIED.

The Magistrate Judge's order is appealed pursuant to 18 U.S.C. § 3145(b), which also requires the Court to determine the motion "promptly." The Court has reviewed the motion and finds no articulated basis for granting a hearing to consider it, and the statute does not require a hearing. In fact, Defendant states no grounds for revoking and amending the Magistrate Judge's detention order and provides no legal or factual basis for doing so. Therefore, Defendant's motion is DENIED.

Signed: January 23, 2012

Frank D. Whitney
United States District Judge